# Court of Appeals
# of the State of Georgia

ATLANTA,  April 15, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0095.  YAMINI SOMASUNDARAM v. KARTHIKEYAN KANDSAMI.

On March 14, 2025, the Superior Court of Fulton County entered a final order dismissing Yamini Somasundaram's action to domesticate a foreign judgment issued in the parties' divorce proceedings. In the instant emergency motion, Somasundaram seeks an additional 90 days within which to file (1) a discretionary application from the trial court's order of dismissal and (2) "a transcript of the evidence and proceedings herein."

Our rules require that "[a]n application for discretionary appeal must generally be filed in this Court within 30 days of the date of the entry of the trial court's order being appealed." Court of Appeals Rule 31 (a).  Pursuant to Court of Appeals Rule 16 (c), the extension "will not exceed the time otherwise allowed for the filing of an application." See also OCGA § 5-6-39 (c).

Accordingly, while this Court DENIES Somasundaram's request for a 90-day extension within which to file her application for discretionary appeal, this Court GRANTS an extension of time for Somasundaram to file her discretionary application until May 14, 2025.

As to her request for additional time to file the transcript, such request is premature. If the transcript has not been prepared by the time Somasundaram files her application for discretionary appeal, she may request an extension at that time. In

addition, Somasundaram may supplement her application with the record and transcript should she receive them before a decision is rendered on the application. Therefore, Somasundaram's request for an extension of time to file the transcript is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 04/15/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*